PETER SEAN BRADLEY, ESQ. #109258
RANDALL M. PENNER, ESQ., #101201
PENNER, BRADLEY & BUETTNER
1171 WEST SHAW AVENUE, SUITE 102
FRESNO, CALIFORNIA 93711
TELEPHONE (559)221-2100
FACSIMILE (559)221-2101

Attorneys for Plaintiffs
TIM NOLT, TIM ALLISON and CHRIS HUDSON

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIM NOLT, TIM ALLISON and CHRIS HUDSON,<br><br>    Plaintiffs,<br><br>v<br><br>PETER G. MEHAS; JAN BIGGS; KEN CAMPBELL,<br><br>    Defendants. | CASE NO. 1:05-CV-01429-OWW-SMS<br><br>STIPULATION AND ORDER EXTENDING DEADLINES |

IT IS HEREBY STIPULATED between the parties in the above-entitled action, through their respective counsel of record, that (1) the deadline for disclosure of expert witnesses is continued to February 2, 2007 and (2) the supplemental expert witness disclosure deadline is continued to March 5, 2007.

///

///

The purpose of this extension is to accommodate the parties' calendars.

IT IS SO STIPULATED.

Dated:    January 10, 2007                    PENNER, BRADLEY & BUETTNER

                                              By /s/ Peter Sean Bradley
                                                  PETER SEAN BRADLEY
                                                 Attorneys for Plaintiff

Dated:    January 10, 2007                    McCORMICK BARSTOW

                                              By /s/ Michael S. Woods
                                                    MICHAEL WOODS
                                                 Attorneys for Defendants

**ORDER**

Good cause appearing,

IT IS ORDERED that (1)  the deadline for disclosure of expert witnesses is continued to February 2, 2007 and (2) the supplemental expert witness disclosure  deadline is continued to March 5, 2007.

IT IS SO ORDERED.

**Dated:   January 17, 2007**              /s/ Oliver W. Wanger
emm0d6                                     UNITED STATES DISTRICT JUDGE