1  PETER SEAN BRADLEY, ESQ. #109258
   RANDALL M. PENNER, ESQ., #101201
2  PENNER, BRADLEY & BUETTNER
   1171 WEST SHAW AVENUE, SUITE 102
3  FRESNO, CALIFORNIA 93711
   TELEPHONE (559)221-2100
4  FACSIMILE (559)221-2101

5

6  Attorneys for Plaintiffs
   TIM NOLT, TIM ALLISON and CHRIS HUDSON

7

8

9            **IN THE UNITED STATES DISTRICT COURT**

10              **EASTERN DISTRICT OF CALIFORNIA**

11

12

| TIM NOLT, TIM ALLISON and CHRIS HUDSON, | ) ) ) | CASE NO. 1:05-CV-01429-LJO-SMS |
|---|---|---|
|  | ) ) | STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF DEADLINE |
| Plaintiffs, | ) ) |  |
| v | ) ) |  |
| PETER G. MEHAS; JAN BIGGS; KEN CAMPBELL, | ) ) ) |  |
| Defendants. | ) ) |  |

20     IT IS HEREBY STIPULATED between the parties in the above-
21 entitled action, through their respective counsel of record,
22 that the discovery cut-off deadline is continued to June 4,
23 2007.
24     The purpose of this extension is to accommodate the parties'
25 calendars.
26     IT IS SO STIPULATED.
27 Dated:   February 28, 2007          PENNER, BRADLEY & BUETTNER
28

STIPULATION AND ORDER EXTENDING                NOLT v MEHAS
DISCOVERY CUT-OFF DEADLINES                    CASE NO: 1:05-CV-01429-OWW-SMS

```
 1  By /s/Peter Sean Bradley
        PETER SEAN BRADLEY
 2      Attorneys for Plaintiff

 3

 4  Dated:   March 1, 2007                      McCORMICK BARSTOW

 5

 6                                          By  /s/ Michael Woods
                                                MICHAEL WOODS
 7                                          Attorneys for Defendants

 8
```

### ORDER

Good cause appearing,

IT IS ORDERED that the discovery cut-off deadline is continued to June 4, 2007.

IT IS SO ORDERED.

**Dated:   March 16, 2007**               /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE

---

STIPULATION AND ORDER EXTENDING                NOLT v MEHAS
DISCOVERY CUT-OFF DEADLINES                    CASE NO: 1:05-CV-01429-OWW-SMS