Michael G. Woods, #058683-0
Deborah A. Byron, #105327
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
PETER G. MEHAS, JAN BIGGS and KEN
CAMPBELL

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT

| | |
|---|---|
| TIM NOLT, TIM ALLISON and CHRIS HUDSON,<br><br>        Plaintiffs,<br><br>    v.<br><br>PETER G. MEHAS; JAN BIGGS; KEN CAMPBELL and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.  1:05-CV- 01429 LJO-SMS<br><br>**STIPULATION AND ORDER EXTENDING DISPOSITIVE MOTION DEADLINE AND HEARING ON DISPOSITIVE MOTIONS** |

        IT IS HEREBY STIPULATED by and between the parties in the above-entitled action, through their respective counsel of record, that the dispositive motion filing deadline is extended to July 20, 2007 and the hearing date for dispositive motions is continued to August 27, 2007.

        The purpose of this extension is to accommodate vacation schedules.

        IT IS SO STIPULATED.


///

///

///

///

Dated:  June 25, 2007

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH, LLP


By: _____/s/ Michael G. Woods_____
Attorneys for Defendants
PETER G. MEHAS, JAN BIGGS
and KEN CAMPBELL


Dated:  June 25, 2007

PENNER, BRADLEY & BUETTNER


By: _____/s/ Peter S.Bradley_____
Peter S. Bradley
Attorneys for Plaintiffs
TIM NOLT, TIM ALLISON
and CHRIS HUDSON


## ORDER

Good cause appearing, it is ordered that the deadline for filing dispositive motions is extended to July 20, 2007 and the hearing date for dispositive motions is extended to August 27, 2007.

IT IS SO ORDERED.

Dated:   **June 26, 2007**          _____**/s/ Lawrence J. O'Neill**_____
UNITED STATES DISTRICT JUDGE