Michael G. Woods, #058683-0
Deborah A. Byron, #105327
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
PETER G. MEHAS, JAN BIGGS and KEN CAMPBELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| TIM NOLT, TIM ALLISON and CHRIS HUDSON,<br><br>                     Plaintiffs,<br><br>   v.<br><br>PETER G. MEHAS; JAN BIGGS; KEN CAMPBELL and DOES 1 through 100, inclusive,<br><br>                     Defendants. | Case No. 1:05-CV- 01429 LJO-SMS<br><br>**APPLICATION FOR LEAVE TO EXCEED PAGE LIMIT FOR POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION AND ORDER THEREON**<br><br>DATE: August 27, 2007<br>TIME: 8:30 a.m.<br>COURTROOM: No. 4<br><br>Trial Date: October 29, 2007 |

**APPLICATION**

      I, Deborah Byron, do hereby declare and state:

      1.    I am a member of the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, counsel of record herein for Defendants Peter G. Mehas, Jan Biggs and Ken Campbell, and am duly licensed to practice law before all Courts in the State of California and before this Court.

2. This application is made for leave to file a brief not exceeding 50 pages on the grounds that the issues addressed in Defendants' Motion are many, involving multiple parties and multiple defendants, and cannot be reasonably and appropriately presented in a shorter form.

3. On August 29, 2005, Plaintiffs filed First Amended Complaint against Defendants, in their personal capacities, asserting claims of First Amendment and due process violations actionable under 42 USC §1983. Plaintiffs' Complaint includes 22 separate allegations of retaliatory conduct covering a period of several years.

4. Defendants' motion is to be filed on or before Friday, July 20, 2007, per this Court's Order of June 26, 2007.

5. I am mindful of this Court's standing order limiting pleadings in summary judgment motions to 25 pages. However, in this instance, because three plaintiffs sued three defendants in their personal capacities, the Motion must address the actions of each Defendant, individually, in the context of each separate Plaintiff's allegations. In other words, to some extent the motion is comparable to nine separate motions for summary judgment. Moreover, there are a number of complicated legal issues which are thoroughly briefed for the benefit of this Court.

6. Defendants have been able to reduce the supporting authorities to 50 pages, and will endeavor to further limit the length of the pleading. Defendants nevertheless request permission from this Court to file points and authorities in support of the summary judgment motion not to exceed 50 pages (excluding face page and tables).

2

APPLICATION FOR LEAVE TO EXCEED PAGE LIMIT FOR POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION AND ORDER THEREON

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on July 12, 2007, at Fresno, California.

                                                          /s/ Deborah A. Byron
                                                          Deborah A. Byron

## **ORDER**

Upon *ex parte* application submitted by Defendants Peter G. Mehas, Jan Biggs and Ken Campbell, and good cause appearing, leave is hereby granted in favor of Defendants to file its brief in support of summary judgment and/or summary adjudication, not to exceed 50 pages in length (excluding face page and tables), **on the condition that defendants are clear, concise and succinct in their briefing and avoid unnecessary duplication**.

IT IS SO ORDERED.

Dated:   July 13, 2007           /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

APPLICATION FOR LEAVE TO EXCEED PAGE LIMIT FOR POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION AND ORDER THEREON