PETER SEAN BRADLEY, ESQ. #109258
RANDALL M. PENNER, ESQ., #101201
PENNER, BRADLEY & BUETTNER
1171 WEST SHAW AVENUE, SUITE 102
FRESNO, CALIFORNIA 93711
TELEPHONE (559)221-2100
FACSIMILE (559)221-2101

Attorneys for Plaintiffs
TIM NOLT, TIM ALLISON and CHRIS HUDSON

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM NOLT, TIM ALLISON and CHRIS HUDSON, <br><br> Plaintiffs, <br><br> v <br><br> PETER G. MEHAS; JAN BIGGS; KEN CAMPBELL, <br><br> Defendants. | CASE NO. 1:05-CV-1429-LJO-SMS <br><br> APPLICATION FOR LEAVE TO EXCEED PAGE LIMIT FOR POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION and ORDER <br><br> DATE       8/27/07 <br> TIME        8 30 <br> COURTROOM   4 |

## APPLICATION

I, Peter Sean Bradley, do hereby declare and state:

1.  I am a member of the law firm of Penner, Bradley & Buettner, counsel of record herein for plaintiffs and am duly licensed to practice law before all courts in the State of California and before this Court.

2.  This Application is made for leave to file a brief not exceeding fifty pages on the grounds that the issues addressed in defendants' motion are many, involving multiple parties and

APPLICATION FOR LEAVE TO EXCEED PAGE LIMIT
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY
ADJUDICATION

NOLT v MEHAS
CASE NO: 1:05-CV-01429-LJO-SMS

1  multiple defendants. Defendants obtained leave to file a brief not to exceed fifty pages and filed a
2  brief consisting of forty-five pages.
3      3.    Plaintiffs' opposition is to be filed on or before Monday, August 13, 2007, per this
4  Court's order of June 26, 207.
5      4.    I am mindful of this Court's standing order limiting pleadings in summary judgment
6  motions to twenty-five pages. However, in this instance, defendants have filed a brief of forty-five
7  pages, the opposition must address the action of each defendant, individually, in the context of each
8  separate allegation. There are a number of complicated legal issues which are thoroughly briefed
9  for the benefit of this Court.
10      5.    Plaintiffs have been able to reduce the supporting authorities to fifty pages, and will
11  endeavor to further limit the length of the pleadings. Plaintiffs nevertheless request permission from
12  this Court to file points and authorities in support of the opposition not to exceed fifty pages
13  (excluding face page and tables).
14      I declare under penalty of perjury under the laws of the United States of American that the
15  foregoing is true and correct to the best of my knowledge and that this declaration is executed by me
16  this 8th day of June, 2007.

17                              /s/ Peter Sean Bradley
18                              PETER S. BRADLEY
19                              ORDER
20  Upon *ex parte* application submitted by plaintiffs, and good cause appearing, leave is hereby
21  granted in favor of plaintiffs to file its brief in support of the opposition to motion for summary
22  judgment and/or summary adjudication, not to exceed fifty pages in length (excluding face page and
23  tables) **on the condition that plaintiffs' brief is well organized, succinct and clear and does not**
24  **unduly repeat points.**
25
26  IT IS SO ORDERED.
27  **Dated:   August 8, 2007**        /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE
28

APPLICATION FOR LEAVE TO EXCEED PAGE LIMIT        NOLT v MEHAS
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'    CASE NO: 1:05-CV-01429-LJO-SMS
MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY
ADJUDICATION
- 2 -