Michael G. Woods, #058683-0
Deborah A. Byron, #105327
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendants
PETER G. MEHAS, JAN BIGGS and KEN CAMPBELL

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| TIM NOLT, TIM ALLISON and CHRIS HUDSON,<br><br>               Plaintiffs,<br><br>   v.<br><br>PETER G. MEHAS; JAN BIGGS; KEN CAMPBELL and DOES 1 through 100, inclusive,<br><br>               Defendants. | Case No.  1:05-CV- 01429 LJO-SMS<br><br>**STIPULATION RE DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST SUPPLEMENTAL COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto that Defendants' Answer to Plaintiffs' First Amended Complaint shall also be deemed the Answer to Plaintiff's First Supplemental Complaint.

Dated:  Aug.8, 2007
                                                                      McCORMICK, BARSTOW, SHEPPARD,
                                                                          WAYTE & CARRUTH, LLP

                                                           By:      /s/ Michael G. Woods
                                                                         Michael G. Woods
                                                                     Attorneys for Defendants
                                                         PETER G. MEHAS, JAN BIGGS
                                                            and KEN CAMPBELL

Dated: Aug.13, 2007                                     PENNER, BRADLEY & BUETTNER

                                                        By:      /s/ Peter S. Bradley
                                                                 Peter S. Bradley
                                                              Attorneys for Plaintiffs
                                                            TIM NOLT, TIM ALLISON
                                                               and CHRIS HUDSON

## ORDER

Good cause appearing, it is ordered that Defendants' Answer to Plaintiffs' First Amended Complaint shall also be deemed the Answer to Plaintiff's First Supplemental Complaint.

IT IS SO ORDERED.

Dated:   August 15, 2007                            /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE