Michael G. Woods, #058683-0　　　　　　　　　　　　　(SPACE BELOW FOR FILING STAMP ONLY)
Deborah A. Byron, #105327
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:　(559) 433-1300
Facsimile:　(559) 433-2300

Attorneys for Defendants
PETER G. MEHAS, JAN BIGGS and KEN CAMPBELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| TIM NOLT, TIM ALLISON and CHRIS HUDSON,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PETER G. MEHAS; JAN BIGGS; KEN CAMPBELL and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.  1:05-CV- 01429 LJO-SMS<br><br>**APPLICATION FOR LEAVE TO EXCEED PAGE LIMIT FOR POINTS AND AUTHORITIES IN REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION AND ORDER THEREON**<br><br>DATE:　**August 27, 2007**<br>TIME:　**8:30 a.m.**<br>COURTROOM:　**No. 4**<br><br>Trial Date:　October 29, 2007 |

## APPLICATION

　　　I, Deborah Byron, do hereby declare and state:

　　　1.　I am a member of the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, counsel of record herein for Defendants Peter G. Mehas, Jan Biggs and Ken Campbell, and am duly licensed to practice law before all Courts in the State of California and before this Court.

　　　2.　This application is made for leave to file a reply brief not exceeding 20 pages on the grounds that Plaintiffs' Opposition to Defendants' Motion is 44 pages in length, utilizes a smaller front and includes 26 pages of factual statements.  The brief is accompanied by 370 "disputed material facts" which, to some extent, must be addressed, explained and refuted.  Defendants' motion was filed on Friday, July 20, 2007, per this Court's Order of June 26, 2007.

both sites were permitted to file points and authorities in excess of court page. I am mindful of this Court's standing order limiting reply pleadings in summary judgment motions to 10 pages. However, in this action, it would not be possible to present a meaningful reply in 10 pages.

      3.    Defendants request permission from this Court to file points and authorities in reply to the opposition to the summary judgment motion not to exceed 20 pages (excluding face page and tables).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on August 17, 2007, at Fresno, California.

/s/ Deborah A. Byron\
Deborah A. Byron

### ORDER

Upon *ex parte* application submitted by Defendants Peter G. Mehas, Jan Biggs and Ken Campbell, and good cause appearing, leave is hereby granted in favor of Defendants to file its brief in reply to opposition to summary judgment and/or summary adjudication, not to exceed 20 pages in length (excluding face page and tables). The brief will be succinct and not unnecessarily repetitive.

IT IS SO ORDERED.

Dated:   August 20, 2007      /s/ Lawrence J. O'Neill\
                                            UNITED STATES DISTRICT JUDGE