1  PETER SEAN BRADLEY, ESQ. #109258
2  RANDALL M. PENNER, ESQ., #101201
   PENNER, BRADLEY & BUETTNER
3  1171 WEST SHAW AVENUE, SUITE 102
   FRESNO, CALIFORNIA 93711
4  TELEPHONE (559)221-2100
   FACSIMILE (559)221-2101

Attorneys for Plaintiffs
TIM NOLT, TIM ALLISON and CHRIS HUDSON

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM NOLT, TIM ALLISON and CHRIS HUDSON, | CASE NO. 1:05-CV-1429-LJO-SMS |
| Plaintiffs, | STIPULATION AND ORDER OF DISMISSAL |
| v | |
| PETER G. MEHAS; JAN BIGGS; KEN CAMPBELL, | |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties in the above-entitled action, through their respective counsel of record, that Tim Nolt dismisses with prejudice pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1)* his remaining cause of action against Peter G. Mehas, and each party to bear its own costs and attorneys' fees.

///

///

1     IT IS SO STIPULATED.

2

3 Dated: September 14, 2007             PENNER, BRADLEY & BUETTNER

4

5                           By     /s/ Peter Sean Bradley
                                      PETER SEAN BRADLEY
6                                       Attorneys for Plaintiffs

7

8 Dated: September ___, 2007           McCORMICK BARSTOW

9

10                           By     /s/ Michael Woods
                                      MICHAEL WOODS
11                                      Attorneys for Defendants

12

13

14                        **ORDER**

15     The parties to this action having stipulated through their designated counsel, the

16 remaining cause of action(s) in the above-captioned action shall be and hereby is dismissed on

17 the terms stated above, with prejudice pursuant to *Federal Rules of Civil Procedure, Rule*

18 *41(a)(1)*.

19     This Court VACATES all pending hearing, pretrial and trial dates and directs the clerk to

20 close this action.

21     IT IS SO ORDERED.

22 **Dated:   September 17, 2007**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28